PEOPLE *v.* JACKSON

APPEAL AND ERROR—ISSUES FIRST RAISED ON APPEAL.
  The Court of Appeals will not entertain issues raised for the
  first time on appeal unless a clear injustice is demonstrated
  (GCR 1963, 516.2).

Appeal from Genesee, Elza H. Papp, J. Submit-
ted Division 2 June 4, 1969, at Lansing. (Docket No.
5,631.) Decided June 24, 1969.

Leon Jackson was convicted of breaking and en-
tering a store. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *Robert F. Leonard,*
Prosecuting Attorney, and *Donald A. Kuebler,* Chief
Assistant Prosecuting Attorney, for the people.

*Robert L. Segar,* for defendant on appeal.

BEFORE: LESINSKI, C. J., and QUINN and DAN-
HOF, JJ.

PER CURIAM. Defendant was convicted by a jury
of breaking and entering a store on April 25, 1967,
contrary to MCLA § 750.110 (Stat Ann 1968 Cum
Supp § 28.305), and thereafter was sentenced to 6-
1/2 to 10 years in prison.

---

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error § 726.

At the trial, defendant conceded the breaking and entering, but presented the defense that he was too intoxicated to form the specific intent to commit a larceny or felony which was a necessary element of the statutory crime charged.

On appeal, defendant raises two issues. The first is did the trial court erroneously instruct the jury on the issue of intoxication as a defense? The other is did the remarks by the prosecution in closing argument constitute reversible error? No objection was made at the time of trial to either the court's instruction, or the remarks made by the prosecutor. This Court will not entertain issues raised for the first time on appeal unless a clear injustice is demonstrated. GCR 1963, 516.2, *People* v. *Omell* (1968), 15 Mich App 154; *People* v. *Keiswetter* (1967), 7 Mich App 334; *People* v. *Dexter* (1967), 6 Mich App 247; *People* v. *Willis* (1965), 1 Mich App 428. The record herein does not demonstrate that there has been a miscarriage of justice.

Affirmed.